**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHERYL D. HARDY,

       Plaintiff,

    v.

THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, SOPHIA LEE, CHRISTOPHER WAILOO, CLAIRE WALLACE, ANGELA CABRERA, JO-ANN VERRIER, IAN SEMMLER, AND CHRISTINE DROESSER

       Defendants.

Civil Action No. 2:26-CV-00849-MKC

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Trustees of the University of Pennsylvania ("Penn"), together with Sophia Lee, Christopher Wailoo, Claire Wallace, Angela Cabrera, Jo-Ann Verrier, Ian Semmler, and Christine Droesser, by and through their undersigned counsel, hereby move this Court to dismiss Plaintiff Cheryl Hardy's Amended Complaint, in its entirety. For the reasons set forth in the accompanying Memorandum of Law and such other argument that may be submitted in support of this motion, Defendants respectfully request that this Court grant Defendants' motion and dismiss Plaintiff's Amended Complaint with prejudice.

Dated: June 3, 2026

Respectfully Submitted,

**PAUL HASTINGS LLP**

By: _____
Jeffrey A. Sturgeon
Paul Hastings LLP

1

1650 Market Street, Suite 3600
Philadelphia, PA 19103
200 Park Avenue
New York, NY 10166
jeffreysturgeon@paulhastings.com
Telephone: (212) 318-6000

Elizabeth Neuburger*
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
elizabethneuburger@paulhastings.com
Telephone: (212) 318-6000

*Counsel for Defendants*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Jeffrey A. Sturgeon, hereby certify that on June 3, 2026, a true and correct copy of Defendants' Motion to Dismiss Plaintiff's Amended Complaint was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the Eastern District of Pennsylvania, and that I served the same via electronic filing on June 3, 2026 upon the following:

Robert T Vance Jr
Law Offices of Robert T Vance Jr
123 South Broad Street, 15th Floor
Philadelphia PA 19109
Phone: (267) 887-0172
Email: rvance@vancelf.com
*Counsel for Plaintiff Cheryl Hardy*

Jeffrey A. Sturgeon