# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHERYL D. HARDY,

      Plaintiff,

    v.

THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, SOPHIA LEE, CHRISTOPHER WAILOO, CLAIRE WALLACE, ANGELA CABRERA, JO-ANN VERRIER, IAN SEMMLER, AND CHRISTINE DROESSER

      Defendants.

Civil Action No. 2:26-CV-00849-MKC

## CERTIFICATE OF CONFERRAL

I, Elizabeth N. Neuburger, hereby certify and state as follows:

1.     I represent Defendants the Trustees of the University of Pennsylvania, Sophia Lee, Christopher Wailoo, Claire Wallace, Angela Cabrera, Jo-Ann Verrier, Ian Semmler, and Christine Droesser (collectively, "Defendants") in the above-captioned matter.

2.     I submit this Certificate of Conferral in support of the Defendants' Motion to Dismiss Plaintiff Cheryl Hardy's Amended Complaint.

3.     Pursuant to Judge Mary Kay Costello's Policies and Procedures II(E)(4), I hereby certify that on May 27, 2026, the parties met and conferred via telephone to discuss the substance of Defendants' Motion to Dismiss Plaintiff Cheryl Hardy's Amended Complaint. Plaintiff's counsel declined to withdraw or attempt to amend the Complaint at the conclusion of that meeting.

Dated: June 3, 2026

                        *Elizabeth Neuburger*
                    _____
Elizabeth N. Neuburger (admitted *pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

1

elizabethneuburger@paulhastings.com
Telephone: (212) 318-6000

Jeffrey A. Sturgeon
PAUL HASTINGS LLP
1650 Market Street
Philadelphia, PA 19103

200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
jeffreysturgeon@paulhastings.com

*Counsel for Defendants*