## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CHERYL D. HARDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, SOPHIA LEE, CHRISTOPHER WAILOO, CLAIRE WALLACE, ANGELA CABRERA, JO-ANN VERRIER, IAN SEMMLER, AND CHRISTINE DROESSER<br><br>　　　　　Defendants. | Civil Action No. 2:26-CV-00849-MKC |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Defendants' Trustees of the University of Pennsylvania ("Penn), Sophia Lee, Christopher Wailoo, Claire Wallace, Angela Cabrera, Jo-Ann Verrier, Ian Semmler, and Christine Droesser Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and any response of Plaintiff thereto, it is hereby ORDERED that Defendants' motion is GRANTED and Plaintiff's Amended Complaint against Defendants is DISMISSED with prejudice.


　　　　　　　　　　　BY THE COURT


　　　　　　　　　　　_____
　　　　　　　　　　　Judge Mary Kay Costello

1