**United States District Court for the Eastern District of Pennsylvania**

Cheryl D. Hardy                                        :
                                                       :
      vs                 :          Civil Action No. 26-849
                                                       :
The Trustees of the University of                      :
Pennsylvania, et al.                                   :


**Plaintiff's Answer to Defendants' Motion to Dismiss Plaintiff's Amended Complaint**


    Plaintiff, Cheryl D. Hardy, by and through her attorney, hereby answers Defendants' Motion to Dismiss Plaintiff's Amended Complaint.  The grounds in support of this Answer are set forth in the accompanying Memorandum, which is incorporated herein by reference.

    Wherefore, Plaintiff, Cheryl D. Hardy, respectfully requests that the Court deny Defendants' Motion to Dismiss Plaintiff's Amended Complaint.


          *s/Robert T Vance Jr*
          Robert T Vance Jr
          Law Offices of Robert T Vance Jr
          123 South Broad Street, 15th Floor
          Philadelphia PA 19109
          267 887 0172 tel / 215 501 5380 fax
          rvance@vancelf.com

          *Attorney for Cheryl D. Hardy*