**United States District Court for the Eastern District of Pennsylvania**

| | | |
|---|---|---|
| Cheryl D. Hardy | : | |
| | : | |
| vs | : | Civil Action No. 26-849 |
| | : | |
| The Trustees of the University of | : | |
| Pennsylvania, et al. | : | |

**ORDER**

AND NOW, this ____ day of _____, 2026, upon consideration of Defendants'

Motion to Dismiss Plaintiff's Amended Complaint, and Plaintiff's Answer thereto, it is hereby

ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint is

DENIED.

BY THE COURT:

_____

                                    J.